Thank you for inviting me to speak to you all in a long and very positive way. I'm trying to come up with very correct and fitting thoughts. I can't actually find the words for all of them. So I'm going to talk about the conversation I'm having with Sarah. Sarah was an academic in the research field in this case, and has published the new essay that is now entitled, which provides an essay of materials to the prosecutor and the procedure materials, if not just the one in front of it, which is the annotated materials that separate the part of the fraud from the actual testimony of the accused. This essay is only about how it's based on prosecutors' or lobbyists' materials. When making decisions related to a number of aspects of the case, it can mean, particularly, an effortier charge of decisions. The example listed were police reports and investigatory notes that were gathered by the officers in Ulster. And so what we hear is how patients can take a second look and play with those decisions, placing materials that you see here, into your police reports and investigatory materials, and then the prosecutor can then choose to make the decision. As to whether or not to incur more charges in relation to the procedure, the procedure is charged with the entertaining of the investigation of certain people, such as your medical investigators, your surrogate colleagues, and survivors, who were involved in the criminal investigation after the AG had decided to go after these people. I'm so glad to have you here. I think it's a great opportunity to talk about your position in the investigatory reports that we're going to look at this year. This year, we're specifically talking about the misdemeanors that are related to the criminal investigation. This includes the Attorney General's Office, investigators, and all charges related to the criminal investigation that we're going to pursue. Criminal reports that were sent to the prosecutor or to some of our own patients are not going to be used for the work you do. How do they act as reports? Misdemeanors are these investigatory materials that are considered to have occurred in investigatory contexts. These are your choices as investigators. In general, police are out there giving reports on drug addicts, for instance. There are plenty of police reports that give reports. At a time point, nobody's decided to do anything. It's just a report of their activity. They're trying to find out, as the courts suggested in their decision, these were reports that were put together after the AG had already said, go ahead and investigate this particular matter. Correct? It's not correct. Essentially, it starts with determining if an independent investigation was carried out at all probable causes. This doesn't require all charges. So the contract you're not afforded on the condition of this report doesn't seem to matter. It's whether or not you're in investigatory materials or if you should be subject to the charges if you're in one of those probable causes. If you say, go ahead and do an investigation, I'm going to sue you. I'm not going to do an investigation. I'm just going to do an investigation. After determining facts, you're going to be subject to the courts and you're going to be subject to the determinations of one of those probable causes. But the issue here is not just the issue of those various questions. It's what are the validations, specific validations, and false validations in these investigatory reports. We're talking about validations under the evidence-based procedure. We're talking about validations under the basis of the conditions set. We're talking about validations in the liberties set. But we're giving you so much more information and you're lying about what kind of information you have. So that is sort of an incredible thing. Yeah, the information that they are looking for wasn't self-determination, it was self-determination in and of itself. There's an issue where it's been a week, how it's been since your speech, and I'm going to go into that in a little bit more detail. But there's also an issue that's been seen in the past that has been seen in specific times in each of the offices. And for a few things, for example, the stories that our agents were talking about, and the timestamps, and things like that, and the record of petitions, and different reports of prosecutors, so as the prosecutor can go through 20,000 pages of documents, she's relying on those different fabrications of this issue in order to make the decision on whether or not to make criminal charges. There's also an interesting thing with the procedural prosecutor in this case, and this is something that can be considered as sort of a long story, however, and it's really interesting, because most of the systems in most of the system region have been followed by the defendants, and most of the systems in most of the systems region have been followed by the defendants, but there's been a huge amount of this case that's been signed on the record within a long period of time, in the German government, from, first of all, the prosecutor's office, first of all, the prosecutor's office, and some of the specific petitions that have been mentioned in the document clearly establish that there's no way to be free from criminal charges if it's not possible to get information. The second aspect of the petition we're studying regards to investigations, and we are trying to be able to reverse the trend that we used to follow, with respect to investigations. One of those things can be the defendant's condition, or it can be the defendant's emotional situation, and it's something that's hard for me to name, but it could be, would you verify the process for sufficient evidence, even as you present it in your papers, so I'll just say that this is probably where we would have to do this. Yeah. Do you think that the petition is oversharing? Yes. Do you think that this is a false argument? We didn't actually, we didn't try to do this, we're still doing this investigation, and this is, we just want to worry about this, and this, let's just deal with this before the jury. It seems to me that facts, as we'll probably have in here, are not disputed. And what we have is we have facts that are undisputed. Those facts, undisputed, are now before the court to apply the law as to whether it's a best strategy or is not. And as far as whether it's a best strategy, or therefore not, it kind of looks absolutely to me, or whether it's part of the grand jury case only or however it is, it seems to me that that's a legal determination. And it seems to be the judge made that legal determination, but the facts weren't there. So, it seems to me that then, in front of me, rests a question where, do I agree with Mr. Jackson that this is all part of that part of the investigation, which was something for which they should have absolute immunity, or not? Your argument is, for me, it's extended absolute immunity. Yes, it's very much so. I understand what your argument is, but I want you to think about my argument. Is this any question of law? Because the district court heard your argument, said you're wrong. It's all part of a grand jury case only. It's all part of preparing for that grand jury case only. It's all about preparing what was necessary to have that grand jury case only. You're wrong. You're wrong. It's a question of law. It is not. So, I'm wondering, the jury's going to judge. Well, speaking to the jury, we can't, can't, can't give the opportunity to decide whether or not it's worthy. So, these conversations are supposed to rehearse that. Although, this is the way I see things in general, is that the court gave you full extension of that. They said, okay, fabrication's new. Nonetheless, nonetheless, it's a matter of law. So, I'm trying to decide how does I get to the jury. Well, I'm also looking for your information to talk about the judge. And, over deciding what evidence to allow in in such a trial, it would seem to me that I've left that in, the evidence, for which there's absolutely no need. And, at that point, he would be making a discretionary decision. So, do I give any preference to what he's determined, his investment to him, and what is not? Well, there are certain reasons as a rule. I'll just think, think through it with you. The judge has said, oh, I think that the sentence is to put gold to the jury. It would seem that that would be helpful. And, he's going to decide all the signs that are appropriate as a sign. Part of the background I do, I can already suggest in this trial, all the signs as a sign that would be being inferred in the special climate of the day of the jury. The judge has said that all of the investigators who were present in his court, he recognized that there was an issue of gold. But, for the extra information that you'll need, there's absolutely something right there for that proposition. It was the exact same argument that was raised by the defense solicitors, saying, hey, I know that there's these fabrications and falsifications in these reports, but the court agreed that in the trial, and therefore, the only way that it matters in this testimony and this description is that we have judges that have non-testimony, not testimonies from the ACC department. We don't even need the grand jury testimony in order to prove that that's the solution to a false assumption that one of these is true. Moving briefly, I'm sorry to say that I'm just reassured that some of the variations in the subject are consistent with the ground standards that we have here. Now, we do not need to reference the grand jury testimony in each Supreme Court report, but the grand jury testimony is key to see immunity as in trial testimony. We have some instances outside the independent judge's life in those arguments that are in the judge's case. I'm not going       that is  necessarily the case that we can really get a clear answer from the Supreme Court, but we do need to clarify that the grand jury testimony is something that the    the Supreme Court would be able to support the grand jury testimony in the Supreme Court testimony in the grand jury testimony in the grand jury testimony in the Baptist museum testimony in the grand standards standards of standards of standards and And I
judges: Bybee, N.R. Smith, Korman